# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUSTIN RAY SPARLIN,<br><br>      *Plaintiff*,<br><br>  v.<br><br>THOMAS J. TEMPLETON, ARTHUR J. PRECI, KAREN EDGCOMB, SUSAN J. DARIF, JUSTIN RICK, CORRECTIONAL HEALTHCARE COMPANIES, INC., STEPHEN A. CULLINAN, and LASALLE COUNTY,<br><br>      *Defendants*. | Case No. 1:11-cv-03875<br><br>Judge Matthew F. Kennelly |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all the parties to this action, by their respective undersigned counsel, hereby stipulate to the dismissal of this case, including all claims, defenses, and forms of relief, with prejudice. Each party will bear its own costs, including attorneys' fees.

Dated: June 18, 2013

| | |
|---|---|
| /s/ Jacob L. Kahn<br>William M. Hannay<br>Sara L. Ellis<br>Jacob L. Kahn<br>Mir Y. Ali<br>SCHIFF HARDIN LLP<br>233 S. Wacker Dr., Suite 6600<br>Chicago, Illinois 60606<br>Phone: (312) 258-5500<br>Email: whannay@schiffhardin.com<br>        sellis@schiffhardin.com<br>        jkahn@schiffhardin.com<br>        mali@schiffhardin.com<br><br>*Appointed Counsel for Plaintiff* | /s/ Douglas Alan Gift<br>Douglas Alan Gift<br>HERBOLSHEIMER, LANNON, HENSON,<br>DUNCAN<br>& REAGAN, P.C.<br>654 First Street, Suite 400<br>LaSalle, IL 61301<br>dgift@hlhdr.com<br>whintz@hlhdr.com<br><br>*Counsel for LaSalle County Defendants* |

- 2 -

/s/  Scott G. Salemi
Scott G. Salemi
Jana L. Brady
Stephen R. Ayres
Maura Yusof
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
PNC Bank Building, Second Floor
120 West State Street
Rockford, IL 61105
ssalemi@heylroyster.com
jbrady@heylroyster.com
sayres@heylroyster.com
myusof@heylroyster.com

*Counsel for Correctional Healthcare Companies, Inc. and Stephen A. Cullinan*

CH2\13072020.1